**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**EASTERN DIVISION**

**CHRISTOPHER M. TIDWELL**                                                    **PLAINTIFF**

**VS.**                                **CIVIL ACTION NO. 2:23-CV-00160 KS-MTP**

**OREGON TOOL, INC., WOODS**
**EQUIPMENT COMPANY, ABC**
**CORPORATIONS 1-3; AND**
**JOHN DOES 1-5**                                                    **DEFENDANTS**

**ACCIDENT FUND INSURANCE COMPANY**
**OF AMERICA, INC.**                                                 **INTERVENOR**

## AGREED ORDER AUTHORIZING SETTLEMENT

CAME ON THIS DAY TO BE HEARD, the Motion of Plaintiff Christopher M. Tidwell, to approve a third party settlement, and it appearing to the Court that a compromise settlement has been reached between the Plaintiff, the Intervenor and Defendants, but the same is subject to approval of this Court, pursuant to the Mississippi Workmen's Compensation Act, being Miss. Code Ann. § 71-3-71. It further appearing unto this Court that Accident Fund Insurance Company of America, Inc., an intervening party plaintiff and workmen's compensation insurance carrier for the Plaintiff's employer, Watts Bros. Implement & Supply Company, has paid disability benefits and medical expenses, pursuant to the Mississippi Workers' Compensation Act as a result of a work related injuries sustained by Plaintiff on September 11, 2020 and said Intervenor has agreed to reduce its statutory lien in the total settlement proceeds in order to extinguish, discharge and relinquish its statutory lien in this action. It further appearing to this Court, based upon the representation of Plaintiff and Intervenor, that Plaintiff's workers' compensation claim was previously settled and approved by the Mississippi Workers' Compensation Commission on October 5, 2022, being MWCC No. 2008156-R-5789-C. The Court further finds that the parties have reached a compromise settlement from which the

reasonable costs of collection in this cause, representing expenses and a reasonable legal fee allowable to Plaintiff's attorneys, Williams, Williams & Montgomery, PA shall be paid first; then the Intervenor's reduced statutory lien as agreed shall then be paid, with the remainder to the Plaintiff; and it further appearing unto the Court that said compromise settlement would be for the best interest of the Plaintiff.

IT IS ORDERED AND ADJUDGED that the Plaintiff is authorized to accept the agreed compromise settlement and to execute and deliver a release fully discharging and acquitting the Defendants and is first authorized to first pay his attorneys, Williams, Williams & Montgomery, PA out of the gross settlement proceeds an amount representing payment of fees and expenses for valuable services rendered and for reasonable costs of collection in representation of Plaintiff; then the Intervenor's agreed reduction in its statutory lien shall be paid to the Intervenor and said Intervenor is authorized to execute and deliver a release fully discharging and acquitting the Defendants, and that the remainder of the settlement proceeds after payment to the Intervenor and after payment of attorneys' fees and expenses as reasonable costs of collection shall be distributed to the Plaintiff as set forth in the Motion for Approval of Third Party Settlement.

SO ORDERED AND ADJUDGED this the ___6th___ day of December, 2024.

/s/Keith Starrett_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

/s/ L. O'Neal Williams, Jr._____
L. O'Neal Williams, Jr. (MSB # 7248)
Cory M. Williams (MSB # 102870)
WILLIAMS, WILLIAMS & MONTGOMERY, P.A.
140 Mayfair Road, Suite 1100
Hattiesburg, Mississippi 39402
Tel: (601) 271-7943

Fax: (601) 271-7875
E-Mail: nealwilliams@wwmlawfirm.net
*Attorney for Christopher M. Tidwell*


*/s/ Robert M. Ronnlund*
Robert M. Ronnlund (PVH)
David W. Proctor (MSB # 101825)
Dylan P. Angeline (PVH)
HALL BOOTH SMITH, P.C.
2001 Park Place North, Suite 870
Birmingham, Alabama 35203
Tel: (205) 533-9650
Fax: (205) 435-6510
E-Mail:  rronnlund@hallboothsmith.com
         dproctor@hallboothsmith.com
         dangeline@hallboothsmith.com
*Attorneys for Oregon Tools, Inc. and Woods Equipment Company*


*/s/ Virginia S. Gautier*
VIRGINIA S. GAUTIER (MSB #10334)
WISE CARTER CHILD AND CARRWAY, P.A.
Post Office Box 651
Jackson, MS 39205-0651
Tel: (601) 968-5540
Fax: (601) 968-5593
E-Mail: vsg@wisecarter.com
*Attorneys for Accident Fund Insurance Company of America, Inc.*