IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CHRISTOPHER M. TIDWELL**            **PLAINTIFF**

v.            **CIVIL ACTION NO. 2:23-CV-160-KS-MTP**

**OREGON TOOL, INC., WOODS
EQUIPMENT COMPANY, ABC
CORPORATIONS 1-3; AND
JOHN DOES 1-5**            **DEFENDANTS**

**ACCIDENT FUND INSURANCE COMPANY
OF AMERICA, INC.**            **INTERVENOR**

## JUDGMENT OF DISMISSAL

This cause comes before the Court *sua sponte* upon a review of the docket. The Court previously entered an Agreed Order Authorizing Settlement [59]. Accordingly, this matter now having been settled and the Court being desirous of removing this matter from its docket,

IT IS HEREBY ORDERED AND ADJUDGED that all claims by and between the parties are dismissed with prejudice. Each party shall bear its own costs and attorneys' fees or as otherwise determined by the parties' agreed settlement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby denied as moot. The Court shall retain jurisdiction solely for the purpose of enforcing the terms of the parties' settlement agreement.

SO ORDERED AND ADJUDGED this 16th day of January 2025.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE